MORGAN, Appellant, v. RICHMOND CEDAR WORKS, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Daniel H. Morgan against the Richmond Cedar Works. Campbell & Scribner, of New York City, for appellant. F. P. King, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

MORRIN, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by Thomas F. Morrin against the City of Buffalo. No opinion. Judgment affirmed, with costs.

MOURATOUPOULO v. JOBSON-GIFFORD CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Demetrio Mouratoupoulo against the Jobson-Gifford Company. No opinion. Motion granted, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1134.

MUENCH, Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by George Muench against the Terry & Tench Company.
PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. See, also, 154 App. Div. 856, 139 N. Y. Supp. 781.

MULCAHY & GIBSON, Inc., Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Mulcahy & Gibson, Incorporated, against the National Surety Company. F. R. Coudert, of New York City, for appellant. J. A. Foley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 167 App. Div. 924, 153 N. Y. Supp. 1130.

MULLER, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Elizabeth Muller against the National Surety Company. No opinion. Application for leave to appeal to the Appellate Division granted. See, also, 91 Misc. Rep. 544, 154 N. Y. Supp. 1096.

In re MULLIGAN. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of William C. Mulligan, an attorney. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice. See, also, 153 App. Div. 883, 137 N. Y. Supp. 1131.

MURPHY v. HARRISON GRANITE CO. (two cases). (Supreme Court, Appellate Division, First Department. October 22, 1915.) Actions by Timothy J. Murphy against the Harrison Granite Company. No opinion. Motions denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 546.

MURPHY, Respondent, v. JAGELS & BELLIS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by George Murphy, an infant, etc., against Jagels & Bellis, Incorporated. W. F. Allen, of New York City, for appellant. J. C. Robinson, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MURPHY v. NEW YORK TELEPHONE CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Dennis Murphy against the New York Telephone Company. No opinion. Motion granted. See, also, 154 N. Y. Supp. 1134.

MURRAY, Appellant, v. JOHN F. DOLAN CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by John H. Murray against the John F. Dolan Contracting Company. No opinion. Order reversed, on the ground that the case was properly noticed for trial at an adjourned term of the trial court, with $10 costs and disbursements, and motion denied, without costs.

MURRAY, Appellant, v. MEINCH, Respondent. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by Edward B. Murray against William C. Meinch. No opinion. Judgment unanimously affirmed, with costs.

MUSMACHER, Respondent, v. ROCHESTER TELEPHONE CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Augustine Musmacher, an infant, etc., against the Rochester Telephone Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re MYERS. (Supreme Court, Appellate Division, Second Department. October 7, 1915.) In the matter of the application of J. Harry Myers for the removal of Warren E. Burns as a Trustee of the incorporated Village of Long Beach.
PER CURIAM. The authority of the court to remove a trustee or other village official is entirely a creature of statute. Under the terms of Laws 1896, c. 573—now Public Officers Law (Consol. Laws, c. 47) § 36—the court can remove only for "misconduct, maladministration, malfeasance or malversation in office." This limits our power to official acts. This power of removal is therefore different from that exercised by the Governor in removing county officials (Public Officers Law, § 32), as the executive is not under such limitation as to the ground for removal. As the amended petition sets up acts prior to election, and not misconduct in office, no case is made for the action of this court. Demurrer by the respondent is therefore sustained, and application for his removal dismissed, with costs.